IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NATIONAL BOARD OF** | : | |
| **MEDICAL EXAMINERS** | : | **NO. 99-4532** |

# O R D E R

AND NOW, this 5th day of August, 2003, it is hereby **ORDERED** that:

The **telephone status call** originally scheduled for August 8, 2003 at 3:30 p.m. is **rescheduled** to **August 13, 2003 at 3:30 p.m.**

The purpose of this conference call will be to discuss the status of this action, the need for remaining fact-based discovery, and/or the scheduling of expert discovery. Plaintiff's counsel is to initiate the August 13, 2003 conference call.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 99-4532**

**TODAY'S DATE**: August 5, 2003          **LAW CLERK'S INITIALS**: JJK

**NAME**                                                    **FAX NUMBER** (Area Code & Number)

1.  **Gregory S. Seador**                                    202-383-6610
    Gurbir S. Grewal
    Rachel L. Strong
    Robert M. Bruskin

2.  **Gabriel L.I. Bevilacqua**                              215-972-1823
    **Joseph C. Monahan**
    Jeffrey M. Viola

3.  E. Elaine Gardner                                        202-319-1010

4.  Stephen F. Gold                                          215-627-3183