IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NATIONAL BOARD OF** | : | |
| **MEDICAL EXAMINERS** | : | **NO. 99-4532** |

**O R D E R**

AND NOW, this 14th day of August, 2003, upon careful consideration of the letter dated August 11, 2003, addressed to me from Counsel for Plaintiff, and the August 12, 2003 response from Counsel for Defendant, and after hearing argument from both parties about the scheduling of all remaining pretrial deadlines, it is hereby **ORDERED** that I will adopt the Defendant's proposed schedule in full, as follows:

(1) All remaining fact-based discovery must be completed by October 31, 2003.

(2) Plaintiff must submit his final expert report by November 21, 2003.

(3) Defendant may depose Plaintiff's expert by December 19, 2003.

(4) Defendant's expert report must be submitted by January 30, 2004.

(5) Plaintiff may depose Defendant's expert by February 27, 2004.

(6) Any, and all, dispositive motions must be filed by March 14, 2004. Responses to dispositive motions are due April 14, 2004. Reply briefs may not be filed without seeking prior permission from this Court.

(7) This action will be ready for trial in May/June 2004.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 99-4532**                              **DISTRICT COURT JUDGE:** TJS

**TODAY'S DATE**: August 14, 2003                 **LAW CLERK'S INITIALS**: JJK

<u>**NAME**</u>                                   <u>**FAX NUMBER**</u> (Area Code & Number)

1.  **Gregory S. Seador**                         202-383-6610
    Gurbir S. Grewal
    Rachel L. Strong
    Robert M. Bruskin

2.  **Gabriel L.I. Bevilacqua**                   215-972-1823
    **Joseph C. Monahan**
    Jeffrey M. Viola

3.  E. Elaine Gardner                             202-319-1010

4.  Stephen F. Gold                               215-627-3183