IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NATIONAL BOARD OF** | : | |
| **MEDICAL EXAMINERS** | : | **NO. 99-4532** |

**O R D E R**

AND NOW, this 15th day of August, 2003, upon consideration of the July 28, 2003 letter, jointly submitted by the parties, which identifies a discovery dispute, and after holding a conference call about the discovery dispute, it is hereby **ORDERED** that:

Plaintiff's objection to the production of his medical records is **GRANTED IN PART, DENIED IN PART** as follows:

(1) Disclosure of Plaintiff's medical records by Dr. John J. Kelly and Dr. Robert Cohen is limited to those medical records which are related to his multiple sclerosis.

(2) The disclosure of medical records related to Plaintiff's multiple sclerosis is limited to counsel and expert eyes only, for confidentiality reasons.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 99-4532**　　　　　　　　　　**DISTRICT COURT JUDGE:** TJS

**TODAY'S DATE**: August 15, 2003　　　　**LAW CLERK'S INITIALS**: JJK

| | **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|---|
| 1. | **Gregory S. Seador**<br>Gurbir S. Grewal<br>Rachel L. Strong<br>Robert M. Bruskin | 202-383-6610 |
| 2. | **Gabriel L.I. Bevilacqua**<br>**Joseph C. Monahan**<br>Jeffrey M. Viola | 215-972-1823 |
| 3. | E. Elaine Gardner | 202-319-1010 |
| 4. | Stephen F. Gold | 215-627-3183 |