IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **NATIONAL BOARD OF** | : | |
| **MEDICAL EXAMINERS** | : | NO. 99-4532 |

**O R D E R**

  AND NOW, this 9th day of March, 2004, upon consideration of the March 8, 2004 letter from Plaintiff's counsel, and the March 8, 2004 letter response from Counsel for the Defendants, it is hereby **ORDERED** that all prior scheduling orders are amended as follows:

  (1) Any, and all, dispositive motions must be filed by April 5, 2004. Responses to dispositive motions are due May 5, 2004. Reply briefs may not be filed without seeking prior permission from this Court.

  (2) Further scheduling for the remainder of the case will be discussed in a telephone conference call, which will follow decision on the dispositive motions.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 99-4532**                                **DISTRICT COURT JUDGE:** TJS

**TODAY'S DATE**: March 9, 2004                     **LAW CLERK'S INITIALS**: JJK

**NAME**                                            **FAX NUMBER** (Area Code & Number)

1.   **Gregory S. Seador**                          202-383-6610
     Gurbir S. Grewal
     Rachel L. Strong
     Robert M. Bruskin

2.   **Gabriel L.I. Bevilacqua**                    215-972-1823
     **Joseph C. Monahan**
     Jeffrey M. Viola

3.   E. Elaine Gardner                              202-319-1010

4.   Stephen F. Gold                                215-627-3183