IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 99-4532 |
| | : | |
| **NATIONAL BOARD OF** | : | |
| **MEDICAL EXAMINERS** | : | |

### ORDER

**AND NOW**, this 23rd day of March, 2004, it appearing that this action cannot proceed to trial and disposition, it is **ORDERED** as follows:

1. The Clerk of Court shall transfer this action to the Civil Suspense File;

2. The case shall be marked closed for statistical purposes; and,

3. The Court shall retain jurisdiction and the case shall be returned to the trial docket when it is in such status as it may proceed to final disposition.

**IT IS FURTHER ORDERED** that the entry of this Order is without prejudice to the rights of the parties.

---

TIMOTHY J. SAVAGE, J.