PLAINTIFF

VS.

DEFENDANT

CIVIL ACTION NO.

DOCUMENT FILED UNDER SEAL