IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 99-CV-4532<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective October 1, 2004, Robert M. Bruskin, counsel of record for Plaintiff John Doe, will be changing his address as follows:

**Old Information**

Robert M. Bruskin
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 783-0800
(202) 383-6610 (Facsimile)

**New Information**

Robert M. Bruskin
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW Suite 400
Washington, DC 20036
(202) 319-1000
(202) 319-1010 (Facsimile)

The Clerk is hereby requested to update the address and firm information accordingly.

- 2 -

                                                 Respectfully submitted,

Of Counsel:                                      /s/ Gregory S. Seador
                                                     Gregory S. Seador
                                                     H<small>OWREY</small> S<small>IMON</small> A<small>RNOLD</small> & W<small>HITE</small> LLP
                                                     1299 Pennsylvania Ave., N.W.
                                                     Washington, D.C.  20004
                                                     (202) 783-0800
                                                     (202) 383-6610 (Facsimile)

Dated:  September 23, 2004                  Counsel for Plaintiff John Doe

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2004, I electronically filed the foregoing *Notice of Change of Address* with the Clerk of Court using the ECF system which will make available said document for viewing and downloading, and which will send electronic notification of such filing to the following:

>Joseph C. Monahan, Esquire
>Saul Ewing LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA 19102-2166


>/s/ Gregory S. Seador
>Gregory S. Seador