IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>       Defendant. | Civil Action No. 99-CV-4532 |

**NOTICE OF APPEAL**

Notice is hereby given that John Doe, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Judgment entered in this action on the 4th day of April 2005.

Respectfully submitted,

Of Counsel:

/s/ Gregory S. Seador
Gregory S. Seador
Rachel L. Strong
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 783-0800

Robert M. Bruskin
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW Suite 400
Washington, DC 20036
(202) 319-1000

Dated:  April 15, 2005

Counsel for Plaintiff John Doe

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2005, I electronically filed the foregoing **Notice of Appeal** with the Clerk of Court using the ECF system, which will make said document available for viewing and downloading, and which will effect service on all registered participants. I also hereby certify that on April 15, 2005, I served the same by United States mail, postage prepaid, upon defendant's counsel listed below:

>Gabriel L. I. Bevilacqua, Esquire
>Joseph C. Monahan, Esquire
>Saul Ewing LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA   19102-2166

>/s/ Gregory S. Seador
>Gregory S. Seador
>HOWREY SIMON ARNOLD & WHITE LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C.  20004
>(202) 783-0800
>seadorg@howrey.com

>Counsel for Plaintiff John Doe