IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE

                                                                                     99-CV-4532
                                                                                     District Court Docket Number

        vs.

NATIONAL BOARD OF MEDICAL
EXAMINERS

Notice of Appeal Filed <u>4/15/05</u>
Court Reporter(s)/ESR Operator(s)      <u>N/A</u>

Filing Fee:
      Notice of Appeal  __Paid  _X_ Not Paid   __Seaman
      Docket Fee       __Paid  _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u>   status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:

                                                        Defendant's Address (for criminal appeals)

                                                        Prepared by : _____
                                                                 James Deitz , Deputy Clerk

              PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
                   THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm