IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 99-CV-4532 |
| v. ) | |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE AND CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED**

Plaintiff filed a Notice of Appeal in this matter on April 15, 2005. Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Plaintiff-Appellant John Doe hereby provides this notice and certificate that no transcript will be ordered for the pending appeal. A transcript purchase order stating that a transcript is unnecessary for appeal purposes is attached hereto as Exhibit 1.

Respectfully submitted,

Of Counsel:

/s/ Gregory S. Seador
Gregory S. Seador
Rachel L. Strong
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

Robert M. Bruskin
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW Suite 400
Washington, DC 20036
(202) 319-1000

Dated: April 27, 2005                    Counsel for Plaintiff John Doe

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2005, I electronically filed the foregoing **Notice and Certificate That No Transcript Will Be Ordered** with the Clerk of Court using the ECF system, which will make said document available for viewing and downloading, and which will effect service on all registered participants.  I also hereby certify that on April 27, 2005, I served the same by United States mail, postage prepaid, upon defendant-appellee's counsel listed below:

                Gabriel L. I. Bevilacqua, Esquire
                Joseph C. Monahan, Esquire
                Saul Ewing LLP
                Centre Square West
                1500 Market Street, 38th Floor
                Philadelphia, PA   19102-2166

                /s/ Gregory S. Seador
                Gregory S. Seador
                HOWREY LLP
                1299 Pennsylvania Ave., N.W.
                Washington, D.C.  20004
                (202) 783-0800
                seadorg@howrey.com

                Counsel for Plaintiff John Doe