**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOHN DOE, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 99-CV-4532 |
| v. | ) ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) ) ) | |
| Defendant. | ) ) | |

**STATEMENT OF THE ISSUES ON APPEAL**

Plaintiff filed a Notice of Appeal on April 15, 2005, and a Notice and Certificate That No Transcript Would Be Ordered on April 27, 2005.   Pursuant to Federal Rule of Appellate Procedure 10(b)(3)(A), Plaintiff-Appellant John Doe hereby provides the following statement of the issues that appellant intends to present on appeal:

1. Whether the lower court erred in granting summary judgment to the defendant-appellee by holding that John Doe is not injured under the Americans with Disabilities Act when the National Board of Medical Examiners places an annotation on Doe's score that identifies him as disabled against his will?

2. Whether the lower court erred in its ruling on injury by failing to follow the holding of the Court of Appeals in the earlier interlocutory appeal, *Doe v. National Bd. of Med. Exam'rs*, 199 F.3d 146 (3d. Cir. 1999), that being identified as a disabled person against Doe's will is a concrete harm and an injury in fact for standing purposes?

- 2 -

Respectfully submitted,

Of Counsel:

/s/ Gregory S. Seador
Gregory S. Seador
Rachel L. Strong
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 783-0800

Robert M. Bruskin
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL
RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW Suite 400
Washington, DC 20036
(202) 319-1000

Dated:  April 27, 2005

Counsel for Plaintiff John Doe

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2005, I electronically filed the foregoing **Statement of the Issues on Appeal** with the Clerk of Court using the ECF system, which will make said document available for viewing and downloading, and which will effect service on all registered participants.  I also hereby certify that on April 27, 2005, I served the same by United States mail, postage prepaid, upon the parties listed below:

> Gabriel L. I. Bevilacqua, Esquire
> Joseph C. Monahan, Esquire
> Saul Ewing LLP
> Centre Square West
> 1500 Market Street, 38th Floor
> Philadelphia, PA   19102-2166

> /s/ Gregory S. Seador
> _____
> Gregory S. Seador
> HOWREY LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C.  20004
> (202) 783-0800
> seadorg@howrey.com
>
> Counsel for Plaintiff John Doe