IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
JOHN DOE,                              )
                                       )
        **Plaintiff,**     )
                                       )
    v.                            )    Civil Action No.  99-CV-4532
                                       )
NATIONAL BOARD OF MEDICAL              )
EXAMINERS,                             )
                                       )
        **Defendant.**     )
_____

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw my appearance on behalf of defendant, National Board of Medical Examiners, in the above-captioned civil action.

_____
Jeffrey M. Viola
**Validation of Signature Code JV 554**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777

Dated:  May     , 2005