IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

March 25, 2009

TO:  Counsel of Record

SUBJECT:   **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 2:99-cv-04532
             DOE   vs.  NATIONAL BOARD OF ME

**N O T I C E**

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s).  If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**

| Paper No. | Filed on | |
|---|---|---|
| 8 | 10/7/1999 | Declaration by PLAINTIFF JOHN DOE as Attachment 1 to Plaintiff's Memorandum in Support of Application for Preliminary Injunction. |
| 93 | 4/5/2004 | MOTION FILED BY NATIONAL BOARD OF MEDICAL EXAMINERS FOR SUMMARY JUDGMENT, MEMORANDUM, AFFIDAVIT OF COUNSEL IN SUPPORT, CERTIFICATE OF SERVICE. |
| 94 | 4/5/2004 | MOTION FILED BY NATIONAL BOARD OF MEDICAL EXAMINERS IN LIMINE TO EXCLUDE TESTIMONY AND REPORT OF SUSAN PHILLIPS, MEMORANDUM, AFFIDAVIT OF COUNSEL IN SUPPORT, CERTIFICATE OF SERVICE. |
| 95 | 4/5/2004 | MOTION FILED BY JOHN DOE FOR SUMMARY JUDGMENT. |
| 96 | 5/5/2004 | Memorandum filed by NATIONAL BOARD OF MEDICAL EXAMINERS in Opposition to John Doe's Motion for Summary Judgment and Supplemental Affidavit of Joseph C. Monahan. |
| 97 | 5/5/2004 | Plaintiff's Document FILED UNDER SEAL. |
| 98 | 5/5/2004 | Plaintiff's document FILED UNDER SEAL. |

| | | |
|---|---|---|
| 99 | 5/24/2004 | **MOTION FILED BY NATIONAL BOARD OF MEDICAL EXAMINERS FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.** |
| 100 | 5/24/2004 | Reply Memorandum filed by NATIONAL BOARD OF MEDICAL EXAMINERS in Support of Motion in Limine together with supporting Affidavit of Robert L. Brennan. |
| 101 | 5/24/2004 | Memorandum of Law by NATIONAL BOARD OF MEDICAL EXAMINERS in Opposition to Motion Regarding Spoliation of Evidence together with supporting Affidavit of Robert L. Brennan and Affidavit of Catherine Framer, M.S. |
| 102 | 5/24/2004 | Memorandum filed by NATIONAL BOARD OF MEDICAL EXAMINERS in Opposition to John Doe's Motion for Leave to File Cross-Motion for Summary Judgment on Issue of Injury-in-Fact. |
| 103 | 6/10/2004 | **MOTION FILED BY JOHN DOE TO STRIKE DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' REPLY MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE, CERTIFICATE OF SERVICE.** |
| 104 | 6/10/2004 | Memorandum filed by JOHN DOE in Opposition to Defendant National Board of Medical Examiners' Motion for Leave to File Reply Brief in Support of Motion for Summary Judgment, Certificate of Service. |
| 105 | 6/10/2004 | **MOTION FILED BY JOHN DOE FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF MOTION REGARDING SPOLIATION OF EVIDENCE, CERTIFICATE OF SERVICE.** |
| 106 | 6/10/2004 | Reply filed by JOHN DOE in Support of Motion Regarding Spoliation of Evidence, Certificate of Service. |
| 107 | 6/25/2004 | **MOTION FILED BY NATIONAL BOARD OF MEDICAL EXAMINERS FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION IN LIMINE.** |
| 108 | 6/25/2004 | Memorandum of Law filed by NATIONAL BOARD OF MEDICAL EXAMINERS in Opposition to Motion for Leave to File Reply Brief in Support of Motion Regarding Spoliation of Evidence. |
| 109 | 6/25/2004 | Memorandum of Law filed by NATIONAL BOARD OF MEDICAL EXAMINERS in Opposition to John Doe's Motion to Strike Reply Memorandum in Support of the National Board of Medical Examiners' Motion in Limine. |
| 112 | 8/13/2004 | Memorandum filed by NATIONAL BOARD OF MEDICAL EXAMINERS in Support of Motion for Summary Judgment, Certificate of Service. |
| 119 | 1/4/2005 | **AFFIDAVIT by NATIONAL BOARD OF MEDICAL EXAMINERS.** |
| 121 | 4/4/2005 | **Letter dated January 3, 2005.** |
| 122 | 4/4/2005 | **Letter dated January 10, 2005.** |
| 123 | 4/4/2005 | **Letter dated January 4, 2005.** |

A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Eileen J. Bobb at (267) 299-7016.

Very truly yours,

MICHAEL E. KUNZ

                                                            CLERK OF COURT

                                                            Eileen J. Bobb
                                                            Deputy Clerk

Copies by mail to:

Bevilacqua, G.
Bruskin, R.
Contois, T.
Gardner, E.
Gold, S.
Grewal, G.
Lutz, C.
Monahan, J.
Seador, G.
Strong, R.
Viola, J.

Notice L.R. 5.1.5.frm