

Joseph C. Monahan
Phone: (215) 972-7826
Fax: (215) 972-1827
jmonahan@saul.com
www.saul.com

May 22, 2009

Michael E. Kunz,
Clerk of Court for the Eastern District
 of Pennsylvania
U. S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA  19107-1797

**FILED**
MAY 22 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Re:   Civil Action No. 2:99-cv-04532

Dear Mr. Kunz:

This firm represents Defendant in the above-captioned action. We are in receipt of the notice from your office dated March 25, 2009 informing the parties that absent an objection to the unsealing of the documents filed under seal in this case, they would be unsealed by the Court. We are also in receipt of the May 12, 2009 letter from Rachel Strong, representing Plaintiff. In Ms. Strong's letter, she expresses Plaintiff's objections to unsealing the documents and requests that the Court continue to maintain the documents under seal. I write to respectfully inform you that the National Board of Medical Examiners has no objection to Ms. Strong's request.

Thank you for your consideration.

Very truly yours,

Joseph C. Monahan

JCM/ajf
cc:   Rachel L. Strong, Esquire
      Shelley Green, Esquire

**RECEIVED**
MAY 22 2009

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

1161252.1 5/22/09