IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | |
| EXAMINERS | : | NO. 99-cv-4532 |

**O R D E R**

AND NOW, this 4th day of June, 2009, upon consideration of the fact that the Clerk has given the parties notice pursuant to Rule 51.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, and the fact that Plaintiff's Counsel has objected to the unsealing of the documents in the above-captioned case and has requested that the Court continue to maintain all documents under seal, a request which is not opposed by Counsel for Defendant, it is hereby **ORDERED** that:

The Clerk is directed to continue to maintain all documents under seal indefinitely.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Federal Building
900 Market Street, Suite 211
Philadelphia, PA    19107

**Chambers of**
**M. FAITH ANGELL**                                    P:   (215) 597-6079
 United States Magistrate Judge                        F:   (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO.**   99-4532                         **DISTRICT COURT JUDGE:** TJS

**TODAY'S DATE**: June 4, 2009                **LAW CLERK'S INITIALS**: JJK

**VIA FAX:**

| NAME | FAX NUMBER |
|---|---|
| (1)   Rachel L. Strong, Esq. | 202-318-8592 |
| (2)   Joseph C. Monahan, Esq. | 215-972-1827 |